# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 22-55930

**Case Name:** Lori Myers v. Starbucks Corporation

**Hearing Location (*city*):** Pasadena

**Your Name:** David A. Forkner

List the sitting dates for the two sitting months you were asked to review:

March 2024 and April 2024

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I am unavailable on March 4 through March 8 and on April 8 through April 12 due to trial commitments.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature:** s/David A. Forkner  **Date:** 11/08/2023

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**  *New 12/01/2018*