UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 17 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LORI MYERS, an individual, on behalf of herself and all others similarly situated, | No. 22-55930 |
| Plaintiff - Appellant, | D.C. No. 5:20-cv-00335-JWH-SHK U.S. District Court for Central California, Riverside |
| v. | **MANDATE** |
| STARBUCKS CORPORATION, a Washington Corporation, | |
| Defendant, | |
| and | |
| MARS WRIGLEY CONFECTIONERY US, LLC, A Delaware Corporation, | |
| Defendant - Appellee. | |

The judgment of this Court, entered June 24, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT